IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID MARTIN LOCKE,
    Petitioner,

vs.                                                   Case No.: 5:15cv55/RV/EMT

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 12, 2016 (ECF No. 28).  Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

I have considered the comprehensive 123-page Report and Recommendation, and the petitioner's filed objections thereto.  The petitioner's primary objection is to the Report and Recommendation's analysis of his "Ground 1" claim, but the magistrate judge discusses that thoroughly, including the fact that the petitioner's cell phone was localized to the Panama City Beach area as of 10:48 p.m., and petitioner admitted to his counsel that he was, in fact, there then.  Therefore, I have determined

that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (ECF No. 1) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 30th day of June, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**